1  Clyde M. Blackmon (SBN 36280)
   Rothschild Wishek & Sands LLP
2  765 University Avenue
   Sacramento, CA 95825
3  Telephone: (916) 444-9845
   Facsimile: (916) 640-0027
4  cblackmon@rwslaw.com

5  Attorneys for Defendant,
   JUSTIN WILEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00093-KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR RETURN OF PASSPORT |
| vs. | |
| JUSTIN WILEY | |
| Defendant. | |

On or about April 14, 2008, Justin Wiley's United States Passport was surrendered to the Clerk of the Court and it continues to be in the possession of the Clerk of the Court.  On November 12, 2014, Mr. Wiley was sentenced to serve 18 months in the custody of the Bureau of Prisons.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America and Justin Wiley, through their respective attorneys, that Mr. Wiley's United States Passport may be released to his attorney, Clyde M. Blackmon, by the Clerk of the Court.

/////
/////

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR RETURN OF PASSPORT

```
1   DATED:   December 23, 2014          BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY
2
                                        By://s//_Michael D. Anderson
3                                          MICHAEL D. ANDERSON
                                           Assistant U.S. Attorney
4
5   DATED:   December 23, 2014          //s//_Clyde M. Blackmon
                                        CLYDE M. BLACKMON
6                                       Attorney for Defendant
                                        Justin Wiley
7
```

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: The Clerk of the Court shall release to Clyde M. Blackmon the United States Passport belonging to Justin Wiley.

**IT IS SO ORDERED.**

DATED: December 30, 2014

_____
UNITED STATES DISTRICT JUDGE