Clyde M. Blackmon (SBN 36280)
Rothschild Wishek & Sands LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
Facsimile: (916) 640-0027
cblackmon@rwslaw.com

Attorneys for Defendant,
JUSTIN WILEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br>JUSTIN WILEY<br><br>　　　　Defendant. | Case No.: 2:08-CR-00093-KJM<br><br>REQUEST TO EXONERATE BAIL AND RECONVEY PROPERTY POSTED TO SECURE BAIL; [PROPOSED] ORDER |
|---|---|

　　On April 14, 2008, then Magistrate Judge Dale A. Drozd ordered Justin Wiley released on $150,000 bail secured by $150,000 equity in real property.  Judge Drozd required that the documents pertaining to the bail be filed by May 5, 2008, and ordered that, in the interim, an unsecured appearance bond in the amount of $150,000 signed by Justin Wiley and co-signed by his parents, Edward H. Wiley and LaVerne I. Wiley, be filed. The time for filing the bail documents was subsequently extended to May 12, 2008, upon the stipulation of the parties.

　　Edward H. Wiley and LaVerne I. Wiley then filed with the Clerk of the Court a Mortgage Note in the amount of $150,000 secured by a Mortgage on their home located at 160 Regency

1  Circle, Bala Cynwyd, Pennsylvania to secure Justin Wiley's bail.
2       On November 12, 2014, the Court sentenced Justin Wiley to
3  serve 18 months in the custody of the Bureau of Prisons as
4  punishment for his conviction of conspiracy to commit mail
5  fraud.  Mr. Wiley reported to FPC Montgomery, Alabama on
6  February 2, 2015, to commence serving his sentence.
7       Justin Wiley, through his counsel Clyde M. Blackmon, now
8  requests the Court to issue an order exonerating bail and
9  directing the Clerk of the Court, by executing Satisfaction of
10 Mortgage, to reconvey to Edward H. Wiley and LaVerne I. Wiley
11 the property located at 160 Regency Circle, Bala Cynwyd,
12 Pennsylvania.

```
                                        Respectfully submitted,
DATED: March 28. 2016                   By:  //s// Clyde M. Blackmon
                                             Clyde M. Blackmon
                                             Attorney for Defendant
                                             Justin Wiley
```

**ORDER**

GOOD CAUSE APPEARING it is ordered that the bail previously posted on behalf of Justin Wiley is exonerated.  The Clerk of the Court is directed to reconvey the property located at 160 Regency Circle, Bala Cynwyd, Pennsylvania, by executing the attached Satisfaction of Mortgage in favor of Edward H. Wiley and LaVerne I. Wiley.

**IT IS SO ORDERED.**

Dated:  March 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE